1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612
       Telephone: (510) 637-3705
7      Facsimile: (510) 637-3724
       E-Mail: James.C.Mann@usdoj.gov
8
9  Attorneys for Plaintiff

**FILED**

FEB 29 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

10             UNITED STATES DISTRICT COURT
11             NORTHERN DISTRICT OF CALIFORNIA
12                    OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,        ) NO. 4-08-70111
14 |        Plaintiff,                )
                                      ) SEALING APPLICATION AND
15 | vs.                              ) SEALING ORDER
                                      )
16 | ANTHONY TROY VERDUCCI,           )
                                      )
17 |        Defendant.                )
                                      )
18 |_____ )

19      The United States requests that the Complaint, Penalty Sheet, and Arrest Warrant in the
20 above-captioned case filed with the Court on February 28, 2008, be filed under seal until further
21 order of the Court (except that the Clerk's office may provide a copy of the Arrest Warrant to the
22 United States Attorney's Office or the Federal Bureau of Investigation). The reason for this
23 request is to facilitate the arrest of the defendant. Revealing the Complaint may compromise the
24 arrest of the defendant.
25 ////
26 ////
27 ////
28 ////

SEALING APPLICATION AND ORDER

Document No.
District Court
Criminal Case Processing

1     WHEREFORE, I respectfully request that the Court issue an Order granting this

2 Application.

3

4 DATED: February 28, 2008         Respectfully submitted,

5                                         JOSEPH P. RUSSONIELLO
                                        United States Attorney

                                        JAMES C. MANN
                                        Assistant United States Attorney

## ORDER

On the government's application, the Complaint, Penalty Sheet, and Arrest Warrant filed with the Court on February 28, 2008, shall be filed under seal until further order of the Court (except that the Clerk's office may provide a copy of the Arrest Warrant to the United States Attorney's Office or the Federal Bureau of Investigation).

IT IS SO ORDERED.

DATED: 2/28/08                                   _____
                                         HONORABLE MARIA-ELENA JAMES
                                         UNITED STATES MAGISTRATE JUDGE
                                         NANDOR VADAS

SEALING APPLICATION AND ORDER     -2-